```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 19024
   TERRY L POWELL
   PENELOPE POWELL                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0976    SSN XXX-XX-6256

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/14/2004 and was confirmed 07/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was paid in full 03/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
MIDLAND MORTGAGE CO      CURRENT MORTG        .00              .00           .00
SST                      SECURED          9510.00           601.63       9510.00
SST                      UNSECURED        1776.72              .00        230.97
ASSOC ST JAMES RADIOLOGI UNSECURED       NOT FILED             .00           .00
COLLECTION BUREAU        NOTICE ONLY     NOT FILED             .00           .00
BP CITI                  UNSECURED       NOT FILED             .00           .00
RESURGENCE FINANCIAL LLC UNSECURED       15666.95              .00       2036.70
CHAET & KAPLAN           NOTICE ONLY     NOT FILED             .00           .00
RESURGENT ACQUISITION LL UNSECURED       22411.67              .00       2913.52
FIRST NATIONAL BANK      UNSECURED       22635.00              .00       2942.55
FIRST USA CARD           UNSECURED       NOT FILED             .00           .00
UNIFUND CORP             NOTICE ONLY     NOT FILED             .00           .00
ROUNDUP FUNDING LLC      UNSECURED       10430.83              .00       1356.01
ECAST SETTLEMENT CORP    UNSECURED        2728.19              .00        354.66
ECAST SETTLEMENT CORP    UNSECURED        6997.48              .00        909.67
STUART B HANDELMAN       DEBTOR ATTY      1,000.00                       1,000.00
TOM VAUGHN               TRUSTEE                                         1,177.01
DEBTOR REFUND            REFUND                                            519.28

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              23,552.00

PRIORITY                                         .00
SECURED                                     9,510.00
    INTEREST                                  601.63
UNSECURED                                  10,744.08
ADMINISTRATIVE                              1,000.00
TRUSTEE COMPENSATION                        1,177.01
DEBTOR REFUND                                 519.28

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19024 TERRY L POWELL & PENELOPE POWELL
```

```
                                    ---------------      ---------------
TOTALS                                    23,552.00            23,552.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE